UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                   Bankr. Case No. 19-30799-MBK-13

ANNAMARIA CABRERA and RICHARD CABRERA                                                    Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                      Bankr. Case No. 19-30799-MBK-13

ANNAMARIA CABRERA and RICHARD CABRERA                  Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on November 18, 2019 :

BRIAN L HOFFMAN                                   Albert Russo
99 HIGHWAY 35                                         CN 4853
KEYPORT, NJ  07735                             Trenton, NJ 08650

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx91283 / 1005009