Certificate Number: 15317-NJ-DE-033907237

Bankruptcy Case Number: 19-30799



15317-NJ-DE-033907237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 5, 2020</u>, at <u>4:19</u> o'clock <u>PM PST</u>, <u>Richard T Cabrera</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 5, 2020</u>          By:     <u>/s/Glenn Crisostomo</u>

                                      Name:   <u>Glenn Crisostomo</u>

                                      Title:  <u>Counselor</u>