Certificate Number: 15317-NJ-DE-033907236

Bankruptcy Case Number: 19-30799



15317-NJ-DE-033907236

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2020, at 4:19 o'clock PM PST, Annamaria Cabrera completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 5, 2020                By:    /s/Glenn Crisostomo

                                       Name:  Glenn Crisostomo

                                       Title: Counselor