| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>50428<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for AmeriCredit Financial Services Inc., d/b/a GM Financial | **Order Filed on February 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>RICHARD CABRERA<br>ANNAMARIA CABRERA | Case No.: 19-30799<br><br>Adv. No.:<br><br>Hearing Date: 1-8-20<br><br>Judge:  MBK |

**ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO AMERICREDIT FINANCIAL SERVICES INC., D/B/A GM FINANCIAL**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 7, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Richard and AnnaMaria Cabrera**
**19-30799(MBK)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make Adequate Protection Payments to AmeriCredit Financial Services Inc., d/b/a GM Financial**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services Inc., d/b/a GM Financial, with the appearance of Brian Hoffman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to AmeriCredit Financial Services Inc., d/b/a GM Financial:** The trustee shall pay AmeriCredit Financial Services Inc., d/b/a GM Financial the sum of $6094.24 over 60 months (being the net loan balance of $5253.80 with interest at % for 60 months).

2. **Adequate protection payments:** The Chapter 13 Trustee shall make adequate protection payments to AmeriCredit Financial Services Inc., d/b/a GM Financial in the amount of $75 per month.

3. **Commencement and frequency of adequate protection payments:** Adequate protection payments shall be made monthly, each month to AmeriCredit Financial Services Inc., d/b/a GM Financial commencing in December of 2019.

4. **Duration of adequate protection payments:** Adequate protection payments shall be made monthly to AmeriCredit Financial Services Inc., d/b/a GM Financial until all counsel fees have been paid and regular distributions begin to be made to AmeriCredit Financial Services Inc., d/b/a GM Financial. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to AmeriCredit Financial Services Inc., d/b/a GM Financial until the remaining counsel fees have been paid.

5. **Lien retention:** AmeriCredit Financial Services Inc., d/b/a GM Financial shall retain its lien on the debtors' vehicle until it has been paid in full through the plan by the debtors and the debtors complete the plan and receive a discharge.