| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-30799 / MBK

| | |
|---|---|
| Richard Cabrera | Petition Filed Date: 11/01/2019 |
| AnnaMaria Cabrera | 341 Hearing Date: 12/05/2019 |
| | Confirmation Date: 01/08/2020 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2019 | $741.00 | 63679580 | | | | | | |

**Total Receipts for the Period:  $741.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,223.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard Cabrera | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN L HOFFMAN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,150.30 | $99.70 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  2011 NISSAN ALTIMA/ORDER 2/7/2020 | Debt Secured by Vehicle | $6,094.24 | $225.00 | $5,869.24 |
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $632.76 | $0.00 | $0.00 |
| 3 | RIVERVIEW MEDICAL CENTER | Unsecured Creditors | $1,164.76 | $0.00 | $0.00 |
| 4 | TD BANK USA NA | Unsecured Creditors | $486.87 | $0.00 | $0.00 |
| 5 | TD BANK USA NA | Unsecured Creditors | $608.32 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $611.71 | $0.00 | $0.00 |
| 7 | FAIR SQUARE FINANCIAL, LLC. | Unsecured Creditors | $417.21 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,062.45 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,978.25 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $2,403.82 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $1,085.56 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $637.01 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,095.06 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $1,123.87 | $0.00 | $0.00 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $1,239.90 | $0.00 | $0.00 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $735.56 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM | Unsecured Creditors | $302.74 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM | Unsecured Creditors | $325.82 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $2,615.46 | $0.00 | $0.00 |
| 20 | AMERICAN EXPRESS | Unsecured Creditors | $780.69 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-30799 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 21 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $1,070.42 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC<br>»» PIER 1 IMPORTS | Unsecured Creditors | $149.33 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP LLC<br>»» POTTERY BARN | Unsecured Creditors | $1,063.45 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» GAMESTOP | Unsecured Creditors | $156.82 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $1,356.96 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $1,119.98 | $0.00 | $0.00 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL EXTRAS MC | Unsecured Creditors | $1,377.94 | $0.00 | $0.00 |
| 28 | US BANK NATIONAL ASSOCIATION<br>»» P/6 MAPLE LEAF DR/1ST MTG | Mortgage Arrears | $37,550.32 | $0.00 | $37,550.32 |
| 29 | CITIBANK, N.A.<br>»» WAWA INC | Unsecured Creditors | $110.98 | $0.00 | $0.00 |
| 30 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» TJX REWARDS CC | Unsecured Creditors | $310.27 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,223.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $1,375.30 | Current Monthly Payment: | $794.00 |
| Paid to Trustee: | $160.05 | Arrearages: | $53.00 |
| Funds on Hand: | $687.65 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**