| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-30799 / MBK**

Richard Cabrera
AnnaMaria Cabrera

Petition Filed Date: 11/01/2019
341 Hearing Date: 12/05/2019
Confirmation Date: 01/08/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $794.00 | 81854300 | 02/04/2022 | $794.00 | 82560680 | 03/02/2022 | $794.00 | 83140050 |
| 04/05/2022 | $794.00 | 83866110 | 05/04/2022 | $794.00 | 84474620 | 06/06/2022 | $794.00 | 85082700 |
| 07/05/2022 | $794.00 | 85710000 | 08/05/2022 | $794.00 | 86342240 | 09/06/2022 | $794.00 | 86925150 |
| 10/11/2022 | $794.00 | 87583540 | 11/08/2022 | $794.00 | 88156650 | 12/06/2022 | $794.00 | 88680200 |
| 01/06/2023 | $794.00 | 89245890 | 01/06/2023 | $794.00 | 89245890 | 01/06/2023 | ($794.00) | 89245890 |
| 02/08/2023 | $794.00 | 89867000 | 03/10/2023 | $794.00 | 90477890 | | | |

**Total Receipts for the Period: $11,910.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,601.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard Cabrera | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian L. Hoffman, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  2011 NISSAN ALTIMA/CRAM/ORDER 2/7/2020 | Debt Secured by Vehicle | $6,094.24 | $3,791.24 | $2,303.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $632.76 | $0.00 | $0.00 |
| 3 | RIVERVIEW MEDICAL CENTER | Unsecured Creditors | $1,164.76 | $0.00 | $0.00 |
| 4 | TD BANK USA NA | Unsecured Creditors | $486.87 | $0.00 | $0.00 |
| 5 | TD BANK USA NA | Unsecured Creditors | $608.32 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $611.71 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FAIR SQUARE | Unsecured Creditors | $417.21 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,062.45 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,978.25 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK/COSTCO | Unsecured Creditors | $2,403.82 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $1,085.56 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $637.01 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $1,095.06 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $1,123.87 | $0.00 | $0.00 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $1,239.90 | $0.00 | $0.00 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $735.56 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-30799 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GM | Unsecured Creditors | $302.74 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GM | Unsecured Creditors | $325.82 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $2,615.46 | $0.00 | $0.00 |
| 20 | AMERICAN EXPRESS | Unsecured Creditors | $780.69 | $0.00 | $0.00 |
| 21 | BUREAUS INVESTMENT GROUP PORTFOLIO NO LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $1,070.42 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC<br>»» PIER 1 IMPORTS | Unsecured Creditors | $149.33 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP LLC<br>»» POTTERY BARN | Unsecured Creditors | $1,063.45 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» GAMESTOP | Unsecured Creditors | $156.82 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $1,356.96 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $1,119.98 | $0.00 | $0.00 |
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL EXTRAS MC | Unsecured Creditors | $1,377.94 | $0.00 | $0.00 |
| 28 | US BANK NATIONAL ASSOCIATION<br>»» P/6 MAPLE LEAF DR/1ST MTG | Mortgage Arrears | $37,550.32 | $22,605.95 | $14,944.37 |
| 29 | CITIBANK, N.A.<br>»» WAWA INC | Unsecured Creditors | $110.98 | $0.00 | $0.00 |
| 30 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» TJX REWARDS CC | Unsecured Creditors | $310.27 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,601.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $27,647.19 | Current Monthly Payment: | $794.00 |
| Paid to Trustee: | $2,480.15 | Arrearages: | $53.00 |
| Funds on Hand: | $1,473.66 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

