| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Richard Cabrera and AnnaMaria Cabrera, Debtors | Case No.: __19-30799__<br><br>Chapter: __13__<br><br>Judge: __Michael B. Kaplan__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Richard Cabrera__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __1/23/25__          /s/ Richard Cabrera
                           Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*