| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard Cabrera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3862<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | AnnaMaria Cabrera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3463<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–30799–MBK | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Cabrera                                       AnnaMaria Cabrera

<u>5/15/25</u>                                        **By the court:** <u>Michael B. Kaplan</u>
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                       **Chapter 13 Discharge**                       page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                             Case No. 19-30799-MBK

Richard Cabrera                                                                                      Chapter 13

AnnaMaria Cabrera

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                                      Page 1 of 4

Date Rcvd: May 15, 2025                            Form ID: 3180W                                      Total Noticed: 57

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Cabrera, AnnaMaria Cabrera, 6 Maple Leaf Drive, Belford, NJ 07718-1737 |
| 518549847 | + | Full Circle Lawn Care, PO Box 123, Belford, NJ 07718-0123 |
| 518549849 | | Mid Atlantic Opthalmology, c/o Schachter & Portnoy, LLC, 3490 U.S. Route 1, Princeton, NJ 08540 |
| 518549855 | + | RMCB, Assignee of Lab Corp of America, PO Box 1235, Elmsford, NY 10523-0935 |
| 518549856 | | Select Portfolio Servicing, Inc., C/O KML Law Group, P.C., Westmont, NJ 08108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518563894 | | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518549827 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:41 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518549825 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:34 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518615605 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518549829 | + | Email/Text: bky@americanprofit.net | May 15 2025 21:09:00 | American Profit Recovery, 34505 W. 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 518549830 | + | EDI: CITICORP | May 16 2025 00:51:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 518549831 | ^ | MEBN | May 15 2025 21:01:37 | Bureaus Investment Group Portfolio No 15, C/O Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Ste. 200, Des Plaines, IL 60018-4501 |
| 518645385 | | EDI: Q3GTBI | May 16 2025 00:51:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518549832 | | EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One, P.O. Box 4069, Carol Stream, IL |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 60197-4069 |
| 518549835 | + | EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518549833 | + | EDI: CAPITALONE.COM | May 16 2025 00:51:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518610223 | + | EDI: AIS.COM | May 16 2025 00:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518549837 | + | EDI: SYNC | May 16 2025 00:51:00 | Care Credit Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518549838 | + | EDI: JPMORGANCHASE | May 16 2025 00:51:00 | Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 518549840 | + | EDI: CITICORP | May 16 2025 00:51:00 | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 518652849 | | EDI: CITICORP | May 16 2025 00:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518549841 | | EDI: WFNNB.COM | May 16 2025 00:51:00 | Comenity - Pier 1 Imports, PO Box 659617, San Antonio, TX 78265 |
| 518549842 | | EDI: WFNNB.COM | May 16 2025 00:51:00 | Comenity - Pottery Barn, PO Box 659705, San Antonio, TX 78265-9705 |
| 518549843 | | EDI: WFNNB.COM | May 16 2025 00:51:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265 |
| 518549844 | + | EDI: DISCOVER | May 16 2025 00:51:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518565981 | | EDI: DISCOVER | May 16 2025 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518549845 | | Email/Text: BNSFN@capitalsvcs.com | May 15 2025 21:07:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103 |
| 518549846 | | Email/Text: BNSFS@capitalsvcs.com | May 15 2025 21:07:00 | First Savings Credit Card, 500 E. 60th St., N, Sioux Falls, SD 57104 |
| 518604164 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2025 21:10:44 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518549848 | | EDI: PHINAMERI.COM | May 16 2025 00:51:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 518652346 | | EDI: JEFFERSONCAP.COM | May 16 2025 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518587052 | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518799516 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:53 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518612352 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:10:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518549850 | + | Email/Text: bnc@nordstrom.com | May 15 2025 21:07:16 | Nordstrom, PO Box 79139, Phoenix, AZ 85062-9139 |
| 518549851 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2025 21:10:00 | Ollo Card Services, P.O. Box 660371, Dallas, TX 75266-0371 |
| 519012792 | | EDI: PRA.COM | May 16 2025 00:51:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012793 | | EDI: PRA.COM | May 16 2025 00:51:00 | Portfolio Recovery Associates, LLC, PO Box |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518636132 | EDI: PRA.COM May 16 2025 00:51:00 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518636058 | EDI: PRA.COM May 16 2025 00:51:00 | | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518549852 | EDI: SYNC May 16 2025 00:51:00 | | Paypal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 518549853 | + EDI: SYNC May 16 2025 00:51:00 | | Paypal Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 518645897 | EDI: Q3G.COM May 16 2025 00:51:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518645898 | EDI: Q3G.COM May 16 2025 00:51:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518571814 | + Email/Text: dlewis@csandw-llp.com May 15 2025 21:08:00 | | Riverview Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518549854 | + Email/Text: dlewis@csandw-llp.com May 15 2025 21:08:00 | | Riverview Medical Center, c/o Celentano, Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 518550771 | ^ MEBN May 15 2025 21:02:28 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518549858 | + EDI: TDBANKNORTH.COM May 16 2025 00:51:00 | | TD Bank, PO Box 84037, Columbus, GA 31908 |
| 518580951 | + Email/Text: bncmail@w-legal.com May 15 2025 21:08:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518549859 | + EDI: SYNC May 16 2025 00:51:00 | | TJX Rewards/ Syncb, PO Box 530949, Atlanta, GA 30353-0949 |
| 518549857 | + EDI: WTRRNBANK.COM May 16 2025 00:51:00 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518652713 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 15 2025 21:09:00 | | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 - 0250 |
| 518549860 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov May 15 2025 21:08:00 | | U.S. Dept. of Education, PO Box 2837, Portland, OR 97208-2837 |
| 518633120 | + EDI: AIS.COM May 16 2025 00:51:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518584794 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518549828 | *+ | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518549826 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518622887 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518622888 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518631052 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518641607 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: 3180W | Total Noticed: 57 |

| | | |
|---|---|---|
| 518645683 | * | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518549836 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518549834 | *+ | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518549839 | *+ | Chase, PO Box 15153, Wilmington, DE 19886-5153 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Debtor Richard Cabrera brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Joint Debtor AnnaMaria Cabrera brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear St cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007- cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4, Asset-Backed Certificates, Series 2007- kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10